THOMAS A. PARETTA, Doing Business under the Name of THOMAS A. PARETTA Co., Respondent, *v.* WHITE ACRES REALTY CORP., Appellant, et al., Defendants.

Argued November 19, 1953; decided January 15, 1954.

*Irwin M. Levy* for appellant.

*Emanuel Harris, Max E. Greenberg* and *Norman Kapp* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.